UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>SAVITHA SUNKARA, *et al.*,<br><br>   Defendants. | Case No. 1:23-cv-00682-CDB (PC)<br><br>ORDER TO PAY FILING FEE OR SUBMIT APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

    Plaintiff Stanley H. Solvey is a state prisoner proceeding *pro se* in a civil rights action filed under 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915.

    Accordingly, it is hereby ORDERED that, **within forty-five (45) days** from the date of service of this Order, Plaintiff shall prepay the $402.00 filing fee in full OR submit the attached application to proceed *in forma pauperis*, completed and signed.

*Remainder of This Page Intentionally Left Blank*

**No requests for extensions of time will be granted absent a timely filing establishing good cause. Plaintiff's failure to comply with this Order will result in a recommendation for dismissal of the action without further notice.**

The Clerk of Court is directed to provide Plaintiff with an *in forma pauperis* application. IT IS SO ORDERED.

Dated:   **May 8, 2023**                                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE