UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>         Plaintiff,<br><br>    v.<br><br>SAVITHA SUNKARA, et al.,<br><br>         Defendants. | Case No.: 1:23-cv-00682-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FOLLOWING SCREENING<br><br>Doc. 20 |

Plaintiff Stanley H. Solvey is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2025, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and defendants after screening plaintiff's first amended complaint. Doc. 20. Specifically, the magistrate judge found the first amended complaint plausibly alleges Eighth Amendment deliberate indifference to serious medical needs and First Amendment retaliation claims against defendant Savitha Sunkara, in her individual capacity only, but fails to state any other cognizable claim against any other named defendant. *Id.* at 4–15. Thus, it was recommended this action proceed only on plaintiff's Eighth Amendment deliberate indifference and First Amendment retaliation claims against defendant Sunkara, and that the remaining claims be dismissed. *Id.* at 15–16. The findings and recommendations were

served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* No objections have been filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued September 23, 2025, Doc. 20, are adopted in full;

2. This action shall proceed only on plaintiff's Eighth Amendment deliberate indifference to serious medical needs and First Amendment retaliation claims against defendant Sunkara, in her individual capacity, as alleged in the first amended complaint;

3. Any remaining claim asserted in the first amended complaint is dismissed for failure to state a cognizable claim;

4. Defendants C. Bell, S. Gates, E. McDaniel, and L. Vasquez are dismissed from this action; and

5. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 21, 2025                                   _____
                                                             UNITED STATES DISTRICT JUDGE

2